**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. _____________** |
| **v.** | : | **DATE FILED: ________________** |
| **ROBERT WRIGHT,**<br>**a/k/a "Jalil,"**<br>**a/k/a "June,"**<br>**EDWARD BASLEY**<br>**a/k/a "Beeb,"**<br>**ELLERI BAILEY**<br>**a/k/a "L,"**<br>**BRIAN STEVENS,**<br>**a/k/a "Feree,"**<br>**LARRY ELLISON**<br>**KAREEM MYERS**<br>**SEAN RUFFIN,**<br>**a/k/a "Dance,"**<br>**DENNIS WALLS,**<br>**a/k/a "Moo"** | : | **VIOLATIONS:**<br>**21 U.S.C. § 841 (possession with intent to distribute cocaine - 1 count)**<br>**21 U.S.C. § 841 (possession with intent to distribute cocaine base ("crack") - 1 count)**<br>**21 U.S.C. § 841(a)(1) (distribution of cocaine - 9 counts)**<br>**21 U.S.C. § 841(a)(1) (distribution of cocaine base ("crack") - 5 counts)**<br>**18 U.S.C. § 922(g)(1) (convicted felon in possession of a firearm - 1 count)**<br>**18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug-trafficking crime – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting – 2 counts)**<br>**Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about September 29, 2004, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ROBERT WRIGHT,**
**a/k/a "June," a/k/a "Jalil,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 29, 2004, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDWARD BASLEY,**
**a/k/a "Beeb,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 20, 2004, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**ROBERT WRIGHT,**
**a/k/a "June," a/k/a "Jalil," and**
**ELLERI BAILEY,**
**a/k/a "L,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 2, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDWARD BASLEY,**
**a/k/a "Beeb," and**
**ROBERT WRIGHT,**
**a/k/a "Jalil," a/k/a "June,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 8, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDWARD BASLEY**,
**a/k/a "Beeb,"**

knowingly and intentionally possessed with intent to distribute 50 grams or more, that is, approximately 107.8 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 8, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDWARD BASLEY**,
**a/k/a "Beeb,"**

knowingly and intentionally possessed with intent to distribute 500 grams or more, that is, approximately 1632.8 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 8, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDWARD BASLEY,**
**a/k/a "Beeb,"**

knowingly possessed a firearm, that is, a 9 mm Beretta semi-automatic handgun with an obliterated serial number, model 92FS Centurion, loaded with 24 live rounds in the magazine and one live round in the chamber, and a 45 caliber semi-automatic Glock handgun, Model 30, serial number GBE 675, loaded with 17 rounds, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1).

**COUNT EIGHT**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 8, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**EDWARD BASLEY**,
**a/k/a "Beeb,"**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, that is, a 9 mm Beretta semi-automatic handgun with an obliterated serial number, model 92FS Centurion, loaded with 24 live rounds in the magazine and one live round in the chamber, and a 45 caliber semi-automatic Glock handgun, Model 30, serial number GBE 675, loaded with 17 rounds.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT NINE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 26, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KAREEM MYERS**

knowingly and intentionally distributed five grams or more, that is, approximately 27 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

**COUNT TEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 10, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KAREEM MYERS**

knowingly and intentionally distributed five grams or more, that is, approximately 27.3 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

**COUNT ELEVEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 31, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**LARRY ELLISON**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT TWELVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 6, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**LARRY ELLISON**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT THIRTEEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 29, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**BRIAN STEVENS,**
**a/k/a "Feree,"**

knowingly and intentionally distributed five grams or more, that is, approximately 27.1 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 1, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DENNIS WALLS,**
**a/k/a "Moo,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT FIFTEEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 1, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SEAN RUFFIN,**
**a/k/a "Dance,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT SIXTEEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SEAN RUFFIN,**
**a/k/a "Dance,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (B)(1)(C).

**COUNT SEVENTEEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 27, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SEAN RUFFIN,**
**a/k/a "Dance,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT EIGHTEEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 29, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SEAN RUFFIN,**
**a/k/a "Dance,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**NOTICE OF FORFEITURE**

As a result of the violations of Title 18, United States Code, Sections 924(c) and 922(g)(1), set forth in Counts Nine and Ten of this indictment, defendant

**EDWARD BASLEY,**
**a/k/a "Beeb,"**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of these offenses, including, but not limited to: a 45 caliber semi-automatic Glock handgun, Model 30, serial number GBE 675, loaded with 17 rounds, and a 9 mm Beretta semi-automatic handgun with an obliterated serial number, model 92FS Centurion, loaded with 24 live rounds in the magazine and one live round in the chamber.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

____________________________
**GRAND JURY FOREPERSON**

________________________________
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**