PROB 12
(Rev. 10/93)

# United States District Court

for the

**Eastern District of Pennsylvania**

September 30, 2024

U.S.A. vs. Edward Basley Case No.: 05-CR00619-02

**VIOLATION OF SUPERVISED RELEASE**

COMES NOW Kenneth Bergmann U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Edward Basely who was placed on supervised release by the Honorable Cynthia M. Rufe sitting in the Court at Philadelphia, PA, on the 7th day of October 2008 who fixed the period of supervision at 10 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Distribution of cocaine (Count Four); possession with intent to distribute cocaine base "crack" (Count Five); possession with intent to distribute cocaine (Count Six); possession of a firearm in furtherance of a drug trafficking crime (Count Seven); and convicted felon in possession of a firearm (Counts Eight and 20).

ORIGINAL SENTENCE: The defendant was committed to the custody of the U.S. Bureau of Prisons for a period of 300 months, to be followed by a 10-year term of supervised release, along with a $600.00 special assessment.

SPECIAL CONDITIONS: 1) The defendant shall provide the U.S. Probation Officer with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the Probation Officer in the investigation of his financial dealings and shall provide a truthful monthly statement of his earnings; 2) The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with a payment schedule for his fine or restitution obligations. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of his fine or restitution obligation or otherwise has the approval of the Court;

| | |
|---|---|
| | and if recommended, the defendant shall participate in drug after-care treatment, on an outpatient or inpatient basis as recommended. The Defendant shall abide by the rules of any such program and remain in treatment until satisfactory discharged with the approval of his probation officer. |
| ORDER: | On March 7, 2019, pursuant to the First Step Act, the Court ordered that the term of imprisonment in this case is reduced to 180 months. |
| ORDER: | On July 30, 2019, the Court ordered that the term of supervised release is reduced to eight years. |
| DATE SUPERVISION COMMENCED: | October 18, 2019 |
| MODIFICATION: | On December 17, 2019, the Court ordered that the defendant shall 1) refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment as required by the Probation Office, abide by the rules of any such program and remain in treatment until satisfactorily discharged; 2) The Defendant shall report for random drug testing on the color code of once every (30) days as directed by U.S. Probation; and 3) The Court recommends the defendant be evaluated by the STAR program. |
| MODIFICATION: | On August 31, 2021, the Court again modified the conditions of supervision to include that the defendant must submit to home detention for a period of 90 days. |
| MODIFICATION: | On August 1, 2024, the Court again modified the conditions of supervision to include that the defendant must submit to home detention for a period of 120 days. |
| COURT ORDER: | On August 16, 2024, the Court authorized the U.S. Probation Office to conduct a search of the Offender's person, residence, and vehicle(s). |
| DATE SUPERVISION TERMINATES: | October 17, 2027 |

**RE: Basley, Edward**
**Case No.: 2:05CR00619-02**

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

A. General Conditions: The defendant shall not commit another federal, state or local crime. The defendant shall not unlawfully possess a controlled substance.

On August 29,2024, during a Court-authorized search of the defendant's residence, U.S. Probation Office staff located a rock-like substance suspected to be "crack" cocaine, in the defendant's backpack. The substance was subsequently sent to the Drug Enforcement Agency's (DEA) laboratory and was later confirmed to be 3.208 grams of cocaine.

Marijuana and Tetrahydrocannabinol (THC) edibles were also found during the search of the defendant's residence. This officer questioned Mr. Basley about both the marijuana and the THC edibles, and he admitted that he used these substances.

**GRADE OF VIOLATION** **C**

B. Standard Condition #3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

On August 29, 2024, during a search of the defendant's residence, U.S. Probation Office staff located approximately $44,452.00 in United States Currency (USC). This officer questioned Mr. Basley about the source of the USC, but he refused to answer and advised that he would like to speak to his attorney.

**GRADE OF VIOLATION** **C**

C. Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

On September 25, 2024, while submitting to a random urine test, Mr. Basley advised that the urinalysis would likely return positive for marijuana. A urine sample was then collected and forwarded to the U.S. Probation Office's national laboratory for confirmation.

**GRADE OF VIOLATION** **C**

**RE: Basley, Edward**
**Case No.: 2:05CR00619-02**

D. Special Condition: Defendant shall provide his probation officer with full disclosure of his financial records to include yearly income tax returns. The defendant shall cooperate with his probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

As outlined in paragraph B, on August 29, 2024, Probation Office staff located approximately $44,452.00 in USC in the defendant's residence during a Court-authorized search. At that time, the defendant refused to any questions regarding the source of the USC.

**GRADE OF VIOLATION** **C**

**PRAYING THAT THE COURT WILL ORDER...**

**THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED SUPERVISED RELEASEE TO APPEAR AT A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Adam Peterson Digitally signed by Adam Peterson Date: 2024.09.30 08:41:09 -04'00'

Adam Peterson
Supervising U.S. Probation Officer

Place: Philadelphia, PA
Date September 30, 2024

cc: Assistant U.S. Attorney
Defense Attorney
Defendant – Summons

**ORDER OF THE COURT**

Considered and ordered this 30th day of September 2024 and ordered filed and made part of the records in the above case.

/s/ Cynthia M. Rufe, J.
Honorable Cynthia M. Rufe
U.S. District Court Judge