IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 05-619-2 |
| Edward Basley<br>222 Valley Forge Lookout Place<br>Wayne, PA 19087 | | |

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a Violation of Supervised Release hearing on Tuesday, October 15, 2024 at 10:30AM before the **Honorable Rufe** in **Courtroom 12A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

**X Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ **Hearing rescheduled from: October 7, 2024**

For additional information, please contact the undersigned.

By: Courtroom Deputy to J. Cynthia M. Rufe
Phone: 267-299-7490

Date: October 2, 2024

cc via U.S. Mail: Defendant
cc via email: H. Lefeber, Esq.
K. Grigsby, AUSA
L. Stram, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)