**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWARD BASLEY** | **CRIMINAL NO. 05-619-2** |

**ORDER ON ORAL MOTION**

**AND NOW,** this 22nd day of July 2026, upon consideration of U.S. Probation's Unopposed Oral Motion to Withdraw the Original Petition for Violation of Supervised Release approved by this Court on September 30, 2024 at the Revocation of Supervised Release Hearing held on July 15, 2026, it is hereby *ORDERED t*hat the motion is **GRANTED** and the Original Petition of Supervised Release dated September 30, 2024 is **DIMISSED** as withdrawn.

**BY THE COURT:**

/s/ Cynthia M. Rufe, J.
**CYNTHIA M. RUFE, J.**