**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**EDWARD BASLEY** | **CRIMINAL NO. 05-619-2** |

**ORDER ON ORAL MOTION**

**AND NOW,** this 22nd day of July 2026, upon consideration of the parties' Joint Oral Motion to Continue Violation of Supervised Release Hearing Pending Disposition of New Federal Criminal Charges, it is hereby *ORDERED t*hat the motion is **GRANTED**. The Court will reschedule the matter upon disposition of new federal criminal charges.

**BY THE COURT:**

/s/ Cynthia M. Rufe, J.
**CYNTHIA M. RUFE, J.**